# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In The Matter Of:

CHARLES P. REINHOLD
NANCY REINHOLD

                         Debtor(s)
_____/

In Bankruptcy:

Case No. 09-71102-PJS
Chapter 7
Hon. PHILLIP J. SHEFFERLY

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

      The attached check in the amount of $7.52 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|----------|-----------|--------------------|
| GE Money Bank<br>c/o Recovery Management Systems<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | 10 | $4.32 |
| American Express<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 12 | $3.20 |

**Total: $7.52**

Respectfully Submitted,


/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 04/14/2011